In the Matter of the Application of FLORENCE GULDEN MULLINS, Respondent, for a Mandamus Order against CHARLES GULDEN, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. The exhibition of the books and accounts to commence within one week after service of a copy of this order with notice of entry thereof. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion. [Affd., 268 N. Y. ——.]

LOTTIE DORFMAN and Another, Respondents, v. GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Subpœna and Subpœna Duces Tecum Directed to HOWARD H. GUNDER, Appellant, Requiring Him to Testify and Produce Certain Books and Papers under a Commission Issued from the Superior Court, County of. Fairfield, State of Connecticut, in an Action Therein Pending between IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION, Plaintiff, and CARL F. SIEMON and Others, Defendants. IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION, Respondent.— Orders so far as appealed from affirmed, each with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSALYN CAVE NASH, Respondent, v. JAMES HARLEY NASH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to reverse and deny the motion.

In the Matter of the Application to Set Aside the Elections of the DIRECTORS OF THE METROPOLITAN MUTUAL AUTO INSURANCE CORPORATION. RUTH BREGMAN, Appellant; METROPOLITAN MUTUAL AUTO INSURANCE CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ELIZABETH L. CROWTHERS, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within ten days from service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VIRGINIA C. BRAUN, Respondent, v. CLAYTON D. BRAUN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WINIFRED O'ROURKE, Respondent, v. JOSEPH PREISS, Defendant, Impleaded with THE RAP-I-DOL DISTRIBUTING CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.